IN THE UNITED DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHRISTIAN MARK
         Plaintiff,

v.                      No.

JOSEPH LINBERG AND
   N&M TRANSFER CO., INC        AMOUNT PRAYED: IN EXCESS
                                      OF $75,000
         Defendants

## COMPLAINT

### COUNT 1:   CHRISTIAN MARK vs. JOSEPH LINBERG

.Now comes the plaintiff, CHRISTIAN MARK, by and through her attorneys, ELMAN LAW GROUP, LLC, AND ROGER D RUDICH, LTD. complaining against the defendant, JOSEPH LINBERG, states as follows:

1.     That under US Code Section 1332 arises Diversity of Citizenship Jurisdiction in this action as the defendant, JOSEPH LINBERG, resides in New London Wisconsin, and the Plaintiff, CHRISTIAN MARK, resides in Milan, Illinois. That the amount in controversy is in excess of $75,000.

2.     On March 5, 2015, at approximately 10:08am, the Plaintiff, CHRISTIAN

2.       On March 5, 2015, at approximately 10:08am, the Plaintiff, CHRISTIAN MARK, was operating his motor vehicle southbound on Route 67 at the intersection of IL-94 in Bowling Township, County of Rock Island, State of Illinois.

3.       On March 5, 2015, at approximately 10:08am, the Defendant, JOSEPH LINBERG, was operating his motor vehicle in a northbound direction on Route 67 and in the process of executing a left turn to head in a westbound direction on Route 94.

4.       On said date and time, the defendant, JOSEPH LINBERG, was a duly authorized agent of N&M Transfer Co., Inc.,

5.       That at all times pertinent hereto, it was the duty of the Defendant to exercise ordinary care for the safety of the Plaintiff.

6.       That notwithstanding said duty, the Defendant was guilty of one or more of the following negligent acts or omissions:

    a. Failed to yield the right of way;

    b. Failed to decrease the speed of said motor vehicle;

    c. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions, which endangered the safety of the Plaintiff;

    d. Failed to keep said motor vehicle under proper control;

    e. Failed to take proper evasive action to avoid a collision once it became imminent;

    f.   Failed to warn the other vehicle by honking horn;

    g.   Operated said motor vehicle without keeping a proper and sufficient lookout;

    h.   Operated vehicle too fast for conditions;

    i.   Failed to maintain their lane position;

    j.   Disregarded a traffic control device;

    k.   Attempted left turn when it wasn't safe to do

7.    That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions of the Defendant, the Defendant's 18 wheel truck motor vehicle turned in front of the plaintiff's vehicle which caused the plaintiff's vehicle to take evasive action to avoid Defendant's vehicle and strike a ditch, go airbound, and land in a cornfield at the corner of said intersection, with Plaintiff's vehicle, resulting in the Plaintiff sustaining injury to various portions of his body, requiring him to expend money for medical care and treatment; resulting in him experiencing pain, suffering and mental anguish both now and in the future; resulting in him becoming both temporarily and permanently disabled and disfigured, property damage having been caused to Plaintiff's vehicle, and resulting in a loss of wages, and out of pocket expenses.

WHEREFORE, Plaintiff, CHRISTIAN MARK, prays for judgment against the Defendant, JOSEPH LINBERG, in a sum of money to exceed SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) plus costs for Plaintiff.

## COUNT 2:   CHRISTIAN MARK vs.   N&M TRANSFER CO., INC

Now comes the plaintiff,   CHRISTIAN MARK, by and through her attorneys, ELMAN LAW GROUP, LLC, AND ROGER D RUDICH, LTD. complaining against the defendant, N&M TRANSFER CO., INC, states as follows:

1. That under US Code Section 1332 arises Diversity of Citizenship Jurisdiction in this action as the defendant, N&M TRANSFER CO., INC. resides in Neenah, Wisconsin, and the Plaintiff, CHRISTIAN MARK, resides in Milan, Illinois. That the amount in controversy is in excess of $75,000.

2. On March 5 ,2015,   at approximately 10:08am, the Plaintiff, CHRISTIAN MARK ,was operating his motor vehicle southbound on Route 67 at the intersection of IL-94 in Bowling Township, County of Rock Island, State of Illinois.

3. On March 5, 2015, at approximately 10:08am, the Defendant was operating its motor vehicle in a northbound direction on Route 67 and in the process of executing a left turn to head in a westbound direction on Route 94.

4. On said date and time, JOSEPH LINBERG, was a duly authorized agent of Defendant,   N&M Transfer Co., Inc. ,

5.   That at all times pertinent hereto, it was the duty of the Defendant to exercise ordinary care for the safety of the Plaintiff.

6.   That notwithstanding said duty, the Defendant was guilty of one or more of the following negligent acts or omissions:

- l.   Failed to yield the right of way;
- m.   Failed to decrease the speed of said motor vehicle;
- n.   Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions, which endangered the safety of the Plaintiff;
- o.   Failed to keep said motor vehicle under proper control;
- p.   Failed to take proper evasive action to avoid a collision once it became imminent;
- q.   Failed to warn the other vehicle by honking horn;
- r.   Operated said motor vehicle without keeping a proper and sufficient lookout;
- s.   Operated vehicle too fast for conditions;
- t.   Failed to maintain their lane position;
- u.   Disregarded a traffic control device;
- v.   Attempted left turn when it wasn't safe to do

7.   That as a direct and proximate result of one or more of the aforementioned negligent acts or omissions of the Defendant, the Defendant's 18 wheel truck motor vehicle turned in front of the plaintiff's vehicle which caused the plaintiff's vehicle to take evasive action to avoid Defendant's vehicle and strike a ditch, go airbound, and land in a cornfield at the corner of said intersection, with Plaintiff's vehicle, resulting in the

Plaintiff sustaining injury to various portions of his body, requiring him to expend money for medical care and treatment; resulting in him experiencing pain, suffering and mental anguish both now and in the future; resulting in him becoming both temporarily and permanently disabled and disfigured, property damage having been caused to Plaintiff's vehicle, and resulting in a loss of wages, and out of pocket expenses.

WHEREFORE, Plaintiff, CHRISTIAN MARK, prays for judgment against the Defendant, N&M TRANSFER CO., INC in a sum of money to exceed SEVENTY FIVE THOUSAND DOLLARS ($75,000.00) plus costs for Plaintiff.

By: _____

ANTHONY R. ELMAN

_____

ROGER D. RUDICH

**AFFIDAVIT AND VERIFICATION PURSUANT TO IL SUP. CT. RULE 222 (B)**

I, ANTHONY R. ELMAN , AND ROGER RUDICH,   attorneys for the Plaintiff, states on oath that I am familiar with the facts relating to the above captioned matter. That the allegations contained in the Complaint are true and the nature and extent of Plaintiff's injuries are such that the claim has a value in excess of $50,000.00, pursuant to S. Ct. Rule 222 (B).

ANTHONY R. ELMAN

_____

ROGER RUDICH


ANTHONY R. ELMAN
ELMAN LAW GROUP, LLC #32429
212 W. WASHINGTON, SUITE 1208
CHICAGO, IL 60606
Phone: (312) 893-0777
Fax: (312) 739-2162
elmanlaw@aol.com


ROGER RUDICH
ROGER D. RUDICH, LTD
134 N. LASALLE ST., SUITE 444
CHICAGO, IL 60602
Phone: (312) 236-5406
Fax: (312) 236-6230
rdr@rudichlaw.com